

**FELONY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **20-00139** |
| | * | |
| VERSUS | * | SECTION: **SECT. A MAG. 3** |
| | * | |
| | * | VIOLATION: 26 U.S.C. § 7206(1) |
| | * | |
| NICOLE E. BURDETT | * | |

## INDICTMENT

**THE FEDERAL GRAND JURY CHARGES:**

### COUNT 1

**MAKING AND SUBSCRIBING A FALSE
RETURN, STATEMENT OR OTHER DOCUMENT
[26 U.S.C. § 7206(1)]**

On or about April 28, 2015, in the Eastern District of Louisiana, the Defendant, **NICOLE E. BURDETT**, did willfully make and subscribe a Form 1040 U.S. Individual Income Tax Return for tax year 2014, which was verified by written declaration that was made under the penalties of perjury in which she did not believe to be true and correct as to every material matter. That Form 1040 U.S. Individual Income Tax Return, which was prepared in the Eastern District of Louisiana

and was filed with the Internal Revenue Service, said return was false and fraudulent as to material matters, such as, the Defendant, **NICOLE E. BURDETT**, filed as Head of Household, even though she was married at the time, and the tax return contained false and fraudulent Schedule C business expenses exceeding $50,000.00, causing **NICOLE E. BURDETT** to qualify for the Earned Income Tax Credit. All in violation of Title 26, United States Code, Section 7206(1). [26 U.S.C. § 7206(1)].

## COUNT 2

### MAKING AND SUBSCRIBING A FALSE RETURN, STATEMENT OR OTHER DOCUMENT
### [26 U.S.C. § 7206(1)]

On or about April 26, 2016, in the Eastern District of Louisiana, the Defendant, **NICOLE E. BURDETT**, did willfully make and subscribe a Form 1040 U.S. Individual Income Tax Return for tax year 2015, which was verified by written declaration that was made under the penalties of perjury in which she did not believe to be true and correct as to every material matter. That Form 1040 U.S. Individual Income Tax Return, which was prepared in the Eastern District of Louisiana and was filed with the Internal Revenue Service, said return was false and fraudulent as to material matters, such as, the Defendant, **NICOLE E. BURDETT**, filed as Head of Household, even though she was married at the time, and the tax return contained false and fraudulent Schedule C business expenses exceeding $70,000.00, causing **NICOLE E. BURDETT** to qualify for the Earned Income Tax Credit. All in violation of Title 26, United States Code, Section 7206(1). [26 U.S.C. § 7206(1)].

## COUNT 3

### MAKING AND SUBSCRIBING A FALSE RETURN, STATEMENT OR OTHER DOCUMENT
### [26 U.S.C. § 7206(1)]

On or about June 17, 2017, in the Eastern District of Louisiana, the Defendant, **NICOLE E. BURDETT**, did willfully make and subscribe a Form 1040 U.S. Individual Income Tax Return for tax year 2016, which was verified by written declaration that was made under the penalties of perjury in which she did not believe to be true and correct as to every material matter. That Form 1040 U.S. Individual Income Tax Return, which was prepared in the Eastern District of Louisiana and was filed with the Internal Revenue Service, said return was false and fraudulent as to material matters, such as, the Defendant, **NICOLE E. BURDETT**, filed as Head of Household, even though she was married at the time, and the tax return contained false and fraudulent Schedule C business expenses exceeding $100,000.00, causing **NICOLE E. BURDETT** to qualify for the Earned Income Tax Credit. All in violation of Title 26, United States Code, Section 7206(1). [26 U.S.C. § 7206(1)].

## COUNT 4

### MAKING AND SUBSCRIBING A FALSE RETURN, STATEMENT OR OTHER DOCUMENT
### [26 U.S.C. § 7206(1)]

On or about May 21, 2018, in the Eastern District of Louisiana, the Defendant, **NICOLE E. BURDETT**, did willfully make and subscribe a Form 1040 U.S. Individual Income Tax Return for tax year 2017, which was verified by written declaration that was made under the penalties of perjury in which she did not believe to be true and correct as to every material matter. That Form 1040 U.S. Individual Income Tax Return, which was

prepared in the Eastern District of Louisiana and was filed with the Internal Revenue Service, said return was false and fraudulent as to material matters, such as, the Defendant, **NICOLE E. BURDETT**, filed as Head of Household, even though she was married at the time, and the tax return contained false and fraudulent Schedule C business expenses exceeding $60,000.00, causing **NICOLE E. BURDETT** to qualify for the Earned Income Tax Credit. All in violation of Title 26, United States Code, Section 7206(1). [26 U.S.C. § 7206(1)].

A TRUE BILL:

FOREPERSON: FEDERAL GRAND JURY

WILLIAM P. BARR
United States Attorney General

ALEXANDER C. VAN HOOK
Acting United States Attorney
Western District of Louisiana

_____
KELLY P. UEBINGER, (Bar No. 21028)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618

_____
DAVID J. AYO, (Bar No. 28868)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618

New Orleans
December 4, 2020

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

_____ Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

## NICOLE E. BURDETT

## INDICTMENT

INDICTMENT FOR MAKING AND SUBSCRIBING A FALSE RETURN, STATEMENT OR OTHER DOCUMENT

VIOLATION: Title 26, U.S.C., Section 7206(1)

Filed in open court this _____ day of _____ A.D. 2020.

_____ Clerk

Bail, $ _____

_/s/ Kelly P. Uebinger_
KELLY P. UEBINGER
Assistant United States Attorney