**TO: DOCKET CLERK**

**X   NO MAGISTRATE PAPERS WERE FOUND**

for   **20-00139**

**SECT. AMAG. 3**

**NAME: NICOLE E. BURDETT**

**Initials:   FCT**

If you receive this note without any initials,

please return the entire packet to criminal desk.

Thank you