## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CR.NO. 20-139 A |
|---|---|
|  | **ORDER** |
| VERSUS | **X**  Appointing Counsel |
|  | ___ Substituting Counsel For: |
| NICOLE E. BURDETT |  |
|  | ___ Ratifying Prior Service |
|  | ___ Extending Appointment For Appeal |

CHARGE:   MAKING AND SUBSCRIBING A FALSE RETURN, STATEMENT OR OTHER DOCUMENT

**X** FELONY     ___ MISDEMEANOR

---

**X**  The defendant, having satisfied this Court that he/she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by order of the District Court:

**CLAUDE KELLY, FEDERAL PUBLIC DEFENDER, HALE BOGGS FEDERAL BLDG., RM 318, 500 CAMP ST, NEW ORLEANS, LA 70130 PHONE: (504)589-7930**

___  Federal Public Defender is appointed for the limited purpose of:

___  It appearing to the Court that although the defendant is financially unable to employ counsel, he/she is totally indigent.

___  IT IS FURTHER ORDERED that the defendant pay to the Clerk, U. S. District Court for services of counsel, the total amount of $_____ to be paid within 10 working days or by _____.

___  IT IS FURTHER ORDERED that the defendant is to pay to the Clerk, U.S. District Court, for services of counsel, $ _____ per month. This amount is to be paid, beginning on _____, 20___, until further orders of the Court.

Dated at New Orleans, Louisiana, on   DECEMBER 21, 2020

*/s/ Dana M. Douglas*
UNITED STATES MAGISTRATE JUDGE

Copy to Financial Unit Clerk (*Only if defendant is ordered to pay*)