UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-055 |
| VERSUS | SECTION "I" |
| | JUDGE LANCE M. AFRICK |
| JASON R. WILLIAMS | |
| NICOLE E. BURDETT | MAGISTRATE (4) |
| | MAGISTRATE JUDGE ROBY |
| | |
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-139 |
| VERSUS | SECTION "I" |
| | JUDGE LANCE M. AFRICK |
| NICOLE E. BURDETT | |
| | MAGISTRATE (3) |
| | MAGISTRATE JUDGE DOUGLAS |

## PROPOSED TRIAL WITNESS LIST

Defendant, Nicole Burdett, in accordance with the April 27, 2022 Scheduling Order (R. Doc 301), submits the following proposed may call witness list. Defendant reserves the right to modify and/or amend this proposed may call witness list, including adding witnesses.

1. Harold Asher
2. Darrin Coleman
3. Becky Timothy
4. Representative of Boomtown Casino
5. Representative of Treasure Chest Casino
6. Representative of JP Morgan Chase
7. Any witness listed or called by the Government.

#100507172v1

Defendant reserves the right to call any additional witnesses necessary to rebut any element of the Government's case that may arise. Respondent reserves the right to amend and/or modify this list, including adding witnesses.

>Respectfully submitted,
>
>*/s/ Michael W. Magner*
>Michael W. Magner (01206)
>Avery B. Pardee (31280)
>JONES WALKER LLP
>201 St. Charles Avenue, Suite 5100
>New Orleans, LA  70170-5100
>(504) 582-8358
>mmagner@joneswalker.com
>apardee@joneswalker.com
>*Counsel for Defendant, Nicole E. Burdett*

## CERTIFICATE OF SERVICE

I certify that on July 11, 2022, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF System, which will send a copy of the pleading to all parties via email.

*/s/ Michael W. Magner*