MINUTE ENTRY
AFRICK, J.
JULY 26, 2022

JS10 - 04:55

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NUMBER: 20-55** |
| **JASON R. WILLIAMS**<br>**NICOLE BURDETT** | **SECTION: I** |

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NUMBER: 20-139** |
| **NICOLE BURDETT** | **SECTION: I** |

**JURY TRIAL**
(continued from July 25, 2022)

COURTROOM DEPUTY: Dena White and Bridget Gregory
COURT REPORTER: Cathy Pepper

APPEARANCES:
Alexander Van Hook, Jessica Cassidy and Kelly Uebinger, Counsel for Government
William P. Gibbens and Lisa Wayne, Counsel for Defendant Jason Williams
Michael Magner and Avery Pardee, Counsel for Defendant Nicole Burdett
Jason Williams and Nicole Burdett, Defendants

All present and ready.
Jury returned to the courtroom at 9:10 a.m.
Government's exhibits 410, 411, 574, 575, 576, 577, 637, 638, 639, 640, 641, 642, 643, 644, 645, 646, 769, 770, 771, 772 and 773, offered and admitted.
Government's witness.
Jill Zeringue, sworn and testified.
Government's exhibits 796, 797, 798, 799, 800, 814, 815, 816, 817 and 818, offered and admitted.

CR 20-55 "I"
CR 20-139 "I"
Page 2 - Trial Minutes
July 26, 2022

Government rests.
Defendants rest.
Jury removed from the courtroom
Defendants informed of right to testify.
Defendants waive right to testify.
**IT IS ORDERED** that defendants' motion to expedite their motion to dismiss Count $8^1$ is **GRANTED**.
**IT IS FURTHER ORDERED** that defendants' motion to dismiss Count $8^2$ is **DENIED**.
**IT IS FURTHER ORDERED** that defendants' motion to expedite their motion to dismiss Count $10^3$ is **DENIED**.
With the agreement of all parties, **IT IS ORDERED** that the defendants' motion to dismiss Count $10^4$ is **DEFERRED** until after the conclusion of trial.
Oral motions on behalf of defendants for judgments of acquittal - **ORDERED DEFERRED**.
Court addressed counsel regarding jury charges and jury verdict form.
Jury returned to the courtroom.
Closing arguments of government and defendants.
Jury charged and instructed by the Court.
Jury retires for deliberations at 3:00 p.m.
Defendants' exhibit 94A withdrawn.
Jury returned to the courtroom at 6:00 p.m.
Court recessed at 6:05 p.m.
Jury deliberations to resume on Wednesday, July 27, 2022, at 8:30 a.m.

---

$^1$Rec. Doc. 411

$^2$Rec. Doc. 406

$^3$Rec. Doc. 409

$^4$Rec. Doc. 408